43 F.3d 1460
 Carapico (Joseph D.), Snyder (George E., III), Partners
Trading as Penmont Securities
v.
Philadelphia Stock Exchange, Wallace (John J.), Casella
(Vincent J.), DiBona (Fred, Jr.), Geovanis (Steven B.),
Morales (Louis E.), Pate (Jimmy R.), Waber (Michael D.),
Wallace (John F.), Zeitzer (Robert), Bright (Stanley, III),
Crompton (James), D'Alessio (Walter), McMeekin (John C.),
Milstein (Andrew H.), Ross (Richard S., Jr.), Spane (William
T., Jr.), Weintraub (Allen),
 NO. 94-1330
 United States Court of Appeals,
Third Circuit.
 Nov 10, 1994
 
 Appeal From: E.D.Pa., No. 93-cv-03066,
 Broderick, J.
 
 
 1
 AFFIRMED.